■ In the Matter of JAMES GREEN, Petitioner, v JOHN S. CONABLE, as Judge of Wyoming County, Respondent.—Proceeding unanimously dismissed

on stipulation. (Article 78.) Present—Simons, J. P., Hancock, Denman, Goldman and Witmer, JJ.